# United States Court of Appeals
# For the First Circuit

_____

No. 25-1907

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS DISEASES SOCIETY OF AMERICA; MASSACHUSETTS PUBLIC HEALTH ASSOCIATION, d/b/a Massachusetts Public Health Alliance; MATERNAL-FETAL MEDICINE; JANE DOE; MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; JANE DOE 2; JANE DOE 3,

Plaintiff–Appellees,

v.

JOSE A. PEREZ,

Movant–Appellant,

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARTIN MAKARY, in the official capacity as Commission of the Food and Drug Administration; UNITED STATES FOOD & DRUG ADMINISTRATION; DIRECTOR JAY BHATTACHARYA, in the capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH; MATTHEW BUZZELLI, in the official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; DOES 1-50, Inclusive,

Defendant–Appellees.
_____

**Plaintiff–Appellees' Opposition to (1) Movant–Appellant's November 12, 2025 Motion to Vacate or Amend the November 10, 2025 Order and FRAP Rule 10(c) Statement of the Evidence and (2) Movant–Appellant's November 18, 2025 First Amended Motion for Summary Reversal**

Plaintiff–Appellees American Academy of Pediatrics, American College of Physicians, American Public Health Association, Infectious Diseases Society of America, Massachusetts Public Health Association d/b/a Massachusetts Public Health Alliance, the Society for Maternal-Fetal Medicine, the Massachusetts Chapter of the American Academy of Pediatrics, and Jane Does 1–3 (collectively, the "Plaintiff–Appellees") respectfully submit this Response to (1) Movant–Appellant's November 12, 2025 Motion[1] to Vacate or Amend the November 10, 2025 Order and FRAP Rule 10(c) Statement of Evidence and (2) Movant–Appellant's November 18, 2025 First Amended Motion for Summary Reversal (the "Instant Motions") pursuant to Local Rules 3.0(b), 11, and 27.

---

[1] Movant–Appellant initially filed his November 12, 2025 request under the Event Designation as a "Petition," Entry ID 6764459, Document 00118365029. That request requested a rehearing pursuant to Federal Rule of Appellate Procedure 40(b)(1)(A). *Id.* at 2. Pursuant to Local Rule 40(d)(4), no response is permitted without leave. However, on November 17, 2025, the Clerk of Court for the United States Court of Appeals for the First Circuit, edited the Event Designation from "Petition" to "Motion" to reflect the exact title of Movant–Appellant's filing. Accordingly, Plaintiff–Appellees' file this Response to (1) Movant–Appellant's November 12, 2025 Motion[1] to Vacate or Amend the November 10, 2025 Order and FRAP Rule 10(c) Statement of Evidence and (2) Movant–Appellant's November 18, 2025 First Amended Motion for Summary Reversal Pursuant to Local Rules 3.0(b), 11, and 27 to avoid doubt as to their position on Movant–Appellant's motion and to avoid waiver.

## I.   Introduction and Background

Plaintiff–Appellees are a mix of physician associations, public health organizations, and individual women whose lives and livelihoods have been harmed by the Secretary ("the Secretary") of the Department of Health and Human Services' ("HHS") May 27, 2025 "Secretarial Directive" (the "Directive") that rescinded the Centers for Disease Control and Prevention's (the "CDC") recommendation that healthy pregnant individuals and children receive the covid-19 vaccine.

The Plaintiff–Appellees filed the underlying action seeking declaratory and injunctive relief against the HHS and its Secretary, the Food and Drug Administration (the "FDA") and its Commissioner, the National Institutes of Health (the "NIH") and its Director, the CDC and its Acting Director, and Does 1–50 inclusive (the "Defendant–Appellees") in the United States District Court for the District of Massachusetts (the "District Court"), as well as a challenge to the Secretarial Directive under the Administrative Procedure Act as arbitrary, capricious, and contrary to law.

Mr. Perez is a Vietnam veteran and a retired physician assistant who sought to intervene as a defendant because he agreed with the Secretary's Directive and because he believes a third-party vaccine manufacturer fraudulently marketed its covid-19 vaccine by, among other things, inflating efficacy rates and misrepresenting information about its clinical trials. According to Mr. Perez, the

Defendant–Appellees are violating his right to life under the Fifth and Fourteenth Amendments by failing to hold that third-party vaccine manufacturer accountable for its covid-19-vaccine-related fraud, thereby depriving him of a functioning federal health system.

The District Court denied Mr. Perez's motions to intervene and welcomed him to file an *amicus curiae* brief. A week after the Court denied Mr. Perez's attempts to intervene, Mr. Perez filed a document titled "Response in Opposition to Plaintiffs' Opposition to Jose A. Perez's Intervention and Jose A. Perez's 2nd Amended Motion to Intervene." Nearly a week later, Mr. Perez filed a motion to vacate the District Court's decision denying his motion to intervene. Plaintiff–Appellees opposed Mr. Perez's Motion to Vacate the District Court's Order and his Second Amended Motion to Intervene. Mr. Perez filed a reply in support of his Motion to Vacate the District Court's Order Denying his Motion to Intervene, and a reply in support of his second amended motion to intervene. Mr. Perez filed a motion for reconsideration or, in the alternative, certification for interlocutory appeal of the District Court's decision denying his motion to intervene. Before Plaintiff–Appellees could respond to Mr. Perez's motion for reconsideration and/or interlocutory appeal, the District Court denied the motion, and the following day the District Court also denied his earlier motion to vacate.

Plaintiff–Appellees oppose Mr. Perez intervening in this instance because the subject matter at issue in the parties' dispute, *i.e.*, how the Secretary's Directive rescinding the CDC's recommendation that healthy children and pregnant individuals receive the covid-19 vaccine is arbitrary, capricious, contrary to law, and injurious to the Plaintiff–Appellees, are wholly separate and distinct from Mr. Perez's claims that Defendant–Appellees violated his "liberty interest" or his rights in connection with the third-party vaccine manufacturer allegedly fraudulently marketing its covid-19 vaccine to the general public nearly five years ago. Plaintiff–Appellees have never sought the relief Mr. Perez appears to seek, and have never expressed any position on the merits of Mr. Perez's claims against Defendant–Appellees or third parties; instead, Plaintiff-Appellees have consistently opposed litigating them as part of this action. Defendant–Appellees have not taken a position on Mr. Perez's various motions. At bottom, Mr. Perez seeks relief based on vague allegations that Defendant–Appellees were under some undefined obligation to champion his personal interests involving an entity that is not a party to this litigation.

Mr. Perez's appeal was opened on September 26, 2025 and he filed a Motion for Summary Reversal on October 8, 2025 which set out the reasons he believes the District Court erred in denying his requests to intervene as a defendant. Plaintiff–Appellees filed a response in opposition to Mr. Perez's Motion for Summary

Reversal on October 20, 2025. The Court denied Mr. Perez's October 8, 2025 Motion for Summary Reversal on November 12, 2025 without prejudice as to reasserting the underlying arguments in his appellate brief and indicated that a briefing schedule was forthcoming.

**II.     Movant–Appellant's November 18, 2025 First Amended Motion for Summary Reversal Must be Denied in Accordance with the Court's November 10, 2025 Order.**

Movant–Appellant's November 18, 2025 Motion for Summary Reversal must be denied because it merely restates his previous Motion for Summary Reversal which the Court has already denied. Furthermore, the Court's November 10, 2025 order indicated that the denial was "without prejudice to reassertion of relevant arguments in briefing" and indicated that "[a] briefing schedule will enter in due course." Accordingly, the Court's November 10, 2025 Order foreclosed Movant–Appellant from reasserting his request for summary disposition except to the extent he would reassert the *arguments* therefore in his principal appellate briefing. To the extent Movant–Appellant seeks to refile motions, as he does here, the Court's order is with prejudice and the Instant Motions must be denied.

**III.     Movant–Appellant Lacks an Unconditional Right to Intervene.**

Furthermore, as Plaintiff–Appellees set forth before the District Court, Movant–Appellant lacks an unconditional right to intervene in the underlying litigation. The District Court was correct to deny Movant–Appellant's requests to

5

intervene in the underlying litigation before the District Court, and this Court was correct in denying his request for summary reversal. No rehearing is appropriate.[2]

WHEREFORE, Plaintiff–Appellees respectfully request that the Court deny the Instant Motions in their entirety.

[Signatures on following page]

---

[2] To preserve judicial resources, and in keeping with the Court's November 10, 2025 Order denying Movant–Appellant's request for summary reversal and Plaintiff–Appellees' cross motion for summary disposition without prejudice as to reasserting them in forthcoming briefing, Plaintiff–Appellees reserve the right to reassert all arguments in connection with the parties' forthcoming appellate briefs.

| | |
|---|---|
| Dated: November 24, 2025 | Respectfully submitted by counsel for Plaintiff–Appellees, |
| | By: *James J. Oh* |
| | James J. Oh (Bar No. 1218788) |
| | Kathleen Barrett (Bar No. 1216328) |
| | Carolyn O. Boucek (Bar No. 1219978) |
| | EPSTEIN BECKER & GREEN, P.C. |
| | 227 W. Monroe Street, Suite 4500 |
| | Chicago, IL 60606 |
| | Tel: 312.499.1400 |
| | Fax: 312.845.1998 |
| | Email: joh@ebglaw.com |
| | kbarrett@ebglaw.com |
| | cboucek@ebglaw.com |
| | |
| | Elizabeth J. McEvoy (Bar No. 1184726) |
| | Adam R.D. Paine (Bar No. 1201790) |
| | EPSTEIN BECKER & GREEN, P.C. |
| | One Financial Center, Suite 1520 |
| | Boston, MA 02111 |
| | Tel: 617.603.1100 |
| | Fax: 617.249.1573 |
| | Email: emcevoy@ebglaw.com |
| | apaine@ebglaw.com |
| | |
| | Richard H. Hughes IV (Application Forthcoming) |
| | Stuart M. Gerson (Bar No. 23364) |
| | Robert Wanerman (Bar No. 14799) |
| | EPSTEIN BECKER & GREEN, P.C. |
| | 1227 25th Street, N.W., Suite 700 |
| | Washington, DC 20037 |
| | Tel: 202.861.0900 |
| | Fax: 202.296.2882 |
| | Email: rhhuges@ebglaw.com |
| | sgerson@ebglaw.com |
| | rwanerman@ebglaw.com |

7

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 1241 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionately-spaced typeface using Microsoft Word using Times New Roman in 14-point font.

*/s/ James J. Oh*

Attorney for Plaintiff–Appellees

Dated: November 24, 2025

# **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the within Opposition to Movant–Appellant's Motion for Summary Reversal and Cross Motion to Dismiss Appeal for Want of Diligent Prosecution Pursuant to Local Rules 3.0(b), 11, and 27 to be served on the parties via email on this 24 day of November, 2025 as follows:

| | |
|---|---|
| Leah Belaire Foley, United States Attorney<br>Michael L. Fitzgerald<br>Office of the United States Attorney for the District of Massachusetts<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>Michael.fitzgerald2@usdoj.gov | Isaac Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>Isaac.C.Belfer@usdoj.gov |

*Counsel for Defendants – Appellees: Robert F. Kennedy, Jr. in his official capacity as Secretary of Health and Human Services; Marty Makary, in his official capacity as Commissioner of the Food and Drug Administration; Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health; and Jim O'Neill, in his official capacity as Acting Director of the Centers for Disease Control and Prevention*

and

Jose A. Perez
theaesculapius@gmail.com

*Movant – Appellant*

　　　　　　　　　　　　　　　　　　　　/s/ James J. Oh

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff–Appellees

　　　　　　　　　　　　　　　　　　　　Dated: November 24, 2025