# United States Court of Appeals
# For the First Circuit

_____

No. 25-1907

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF
PHYSICIANS; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS
DISEASES SOCIETY OF AMERICA; MASSACHUSETTS PUBLIC HEALTH
ASSOCIATION, d/b/a Massachusetts Public Health Alliance; MATERNAL-
FETAL MEDICINE; JANE DOE; MASSACHUSETTS CHAPTER OF THE
AMERICAN ACADEMY OF PEDIATRICS; JANE DOE 2; JANE DOE 3,

Plaintiff–Appellees,

v.

JOSE A. PEREZ,

Movant–Appellant,

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the
Department of Health and Human Services; UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES; MARTIN MAKARY, in the official
capacity as Commission of the Food and Drug Administration; UNITED STATES
FOOD & DRUG ADMINISTRATION; DIRECTOR JAY BHATTACHARYA, in
the capacity as Director of the National Institutes of Health; NATIONAL
INSTITUTES OF HEALTH; MATTHEW BUZZELLI, in the official capacity as
Acting Director of Centers for Disease Control and Prevention; CENTERS FOR
DISEASE CONTROL AND PREVENTION; DOES 1-50, Inclusive,

Defendant–Appellees.

_____

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD BY CAROLYN
BOUCEK**

1

Pursuant to Local Rule 12.0(b), attorney Carolyn Owens Boucek files this motion for leave to withdraw as counsel of record for Plaintiff-Appellees because she will be departing from the law firm of Epstein Becker & Green, P.C.. The other attorneys from the law firm of Epstein Becker & Green. P.C. will remain as counsel for Plaintiff-Appellees. The undersigned's withdrawal will not prejudice any party.

The undersigned emailed counsel for Defendant-Appellees, Isaac Belfer, on January 2, 2026 regarding this motion. Defendant-Appellees have no objection to the undersigned resigning as counsel for Plaintiffs. Undersigned counsel also emailed Mr. Perez on January 6, 2026 regarding the motion. Mr. Perez has not responded.

Dated: January 7, 2026

Respectfully submitted,

*/s/ Carolyn Owens Boucek*
Carolyn Owens Boucek

EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1486
Fax:    312.845.1998
Email: cboucek@ebglaw.com

cc:    All counsel of record via ECF

## <u>CERTIFICATE OF SERVICE</u>

This Motion is being served on all counsel of record and Mr. Perez via ECF on the date of filing.

The undersigned will also provide a copy of this Motion to Mr. Perez via email on the date of filing.

January 7, 2026                          */s/ Carolyn Owens Boucek*